Affirmed and Opinion filed December 5, 2002









Affirmed and Opinion filed December 5, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00423-CR

____________

 

RONALD
GAUTHIER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 248th District Court

Harris
County, Texas

Trial
Court Cause No. 711,890

 



 

O
P I N I O N

On June 30, 1997, following a jury trial, appellant was
convicted of the offense of murder and sentenced to ten years= confinement in the Texas Department
of Criminal JusticeBInstitutional Division, probated.  On January 11, 2002, the State filed a motion
to revoke alleging appellant violated the terms and conditions of his
probation.  On March 21, 2002, the trial
court granted the State=s motion to revoke and sentenced appellant to confinement for
ten years in the Institutional Division of the Texas Department of Criminal
Justice.  Appellant filed a notice of
appeal.








Appellant=s appointed counsel filed a brief in which she concludes the
appeal is wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by
presenting a professional evaluation of the record demonstrating why there are
no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim.
App. 1991).  As of this date, no pro se
response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed December 5, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R.
App. P. 47.3(b).